## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**MAURICE MORRISON,**            :

    Petitioner            :        CIVIL ACTION NO. 3:13-2908

    v.                         :                (MANNION, J.)

**WARDEN MARY SABOL,**        :

    Respondent         :

## O R D E R

In light of the memorandum issued in the above-captioned matter this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**  the petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED AS MOOT**;

**(2)**  the report and recommendation of Judge Blewitt, **(Doc. 7)**, be **TERMED**; and

**(3)**  the Clerk of Court is directed to **CLOSE** this case.


                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: October 28, 2014**